Michael A. Simmrin (238092)
Simmrin Law Group
3500 W. Olive Avenue, Suite 300
Burbank, CA 91505
Tel.: (818) 827-7171
michael@simmrinlawgroup.com
Debi F. Chalik, Esq. (Admitted Pro Hac Vice) (Florida Bar No. 179566)
CHALIK & CHALIK, P.A.
10063 N.W. 1st Court
Plantation, Florida 33324
Tel.: (954) 476-1000
Fax: (954) 472-1173
Debi@Chaliklaw.com
Litigation@Chaliklaw.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES

| | |
|---|---|
| JOSEPH ULI'I, TIARE ULI'I and ELENA-PATRICE ULI'I,<br><br>Plaintiffs,<br><br>v.<br><br>PRINCESS CRUISE LINES, LTD.<br><br>Defendant. | CASE NO.: 2:20-CV-05091-DSF-JC<br><br>**PLAINTIFFS' NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Dale S. Fischer<br>Magistrate: Hon. Jacqueline Chooljian<br>Filed: 6/9/20 |

COMES NOW, the Plaintiffs, JOSEPH ULI'I and TIARE ULI'I, and hereby files this, their Notice of Settlement. The parties reached a settlement at mediation of this matter on July 16, 2021.

DATED:   July 22, 2021

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Michael A. Simmrin
SIMMRIN LAW GROUP
3500 W. Olive Avenue, Suite 300
Burbank, CA 91505
Tel.:  (818) 827-7171


By  /s/ Michael A. Simmrin
       MICHAEL A. SIMMRIN
       California Bar No. 238092

Debi F. Chalik (admitted Pro Hac Vice)
CHALIK AND CHALIK, P.A.
Attorneys for Plaintiff
10063 N. W. 1st Court
Plantation, Florida 33324
Tel.:  (954) 476-1000

By  /s/ Debi F. Chalik
       DEBI F. CHALIK
       Florida Bar No. 179566